Randin Divelbiss
1302 Huxley St.
Madison, WI, 53704

MILWAUKEE
24 APR 2023 PM 2 L

Clerk of Court
United States District Court
Western District of Wisconsin
120 North Henry St. suite 320
Madison, WI, 53703

53703-430499