IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDIN DIVELBISS,

    Plaintiff,

v.

DETECTIVE ADAM KNEUBUHLER
AND OFFICER MUIR,

    Defendants.

ORDER

Case No. 23-cv-258-jdp

RANDIN DIVELBISS,

    Plaintiff,

v.

SERGEANT THOM,

    Defendant.

ORDER

Case No. 23-cv-259-jdp

RANDIN DIVELBISS,

    Plaintiff,

v.

CITY ATTORNEY RACHEL MAES,

    Defendant.

ORDER

Case No. 23-cv-299-jdp

Plaintiff Randin Divelbiss has filed a proposed civil complaint in each of the above cases. Plaintiff seeks to commence each of these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiffs Randin Divelbiss's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in each of these case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 11th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge